**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cathy Patzke; Martha Knauss; Ashley Amick, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>American Express Travel Related Services Company, Inc.,<br><br>Defendant. | No. CV2010-00276-PHX-SRB<br><br>**ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENTS AND DISMISSING CASE WITH PREJUDICE** |

This matter is before the Court upon the parties' Joint Motion for Approval of Confidential Settlement Agreements Upon In Camera Inspection, and Stipulations for Dismissal With Prejudice. The parties have delivered a signed copy of each Plaintiff's/Opt-In's Confidential Settlement Agreement and General Release to the Court for an *in camera* review, and the Court has carefully considered and reviewed each of the Confidential Settlement Agreements and General Releases. The Court has also reviewed the Stipulation for Dismissal With Prejudice submitted by Opt-In Susan Devlin and Defendant, as well as the Stipulation for Dismissal With Prejudice on behalf of the remaining parties. Based on that review, the Court

hereby finds that the parties' compromise represents a fair and reasonable resolution of bona fide disputes over FLSA provisions, that the Plaintiffs/Opt-Ins are receiving reasonable and satisfactory recovery of their claims, and payment of attorneys' fees and costs; and that the settlement terms represent a fair and equitable resolution of this matter. Accordingly,

**IT IS HEREBY ORDERED** that each of the Confidential Settlement Agreements and General Releases executed by the Plaintiffs/Opt-Ins and Defendant, and the parties' Stipulations of Dismissal With Prejudice, are APPROVED. This case, and the claims asserted herein by Plaintiffs/Opt-Ins Ashley Amick, Shari Blake, Michael Caldwell, Danny Campbell, Susan Devlin, Rene Dunay, William Garlinghouse, Sherry Gonzalez, Martha Knauss, Kim Matthews, George Moore, Tim Nelson, John Nyheim, Cathy Patzke, Barbara Price, Maria Quinn, Rogers Sanders, Kim Sinclair, Sharon Theodore, and Christopher Trowbridge are hereby DISMISSED WITH PREJUDICE. All pending motions are denied as moot.

Dated this 26th day of April, 2011.

_____
Susan R. Bolton
United States District Judge